UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-23433-WILLIAMS/TURNOFF

| | | |
|---|---|---|
| RUTH PASARELL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CARGILL, INC., | ) ) | |
| Defendant. | ) ) ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, RUTH PASARELL ("Plaintiff"), and Defendant, CARGILL, INC. ("Defendant"), by and through undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal without prejudice of the Complaint. Each party shall bear its own costs and fees, and neither party shall seek attorney's fees in connection with this dismissal.

DATED: April 25, 2014

/s/ Jared H. Beck
By: Jared H. Beck

**BECK & LEE TRIAL LAWYERS**
JARED H. BECK
Florida Bar No. 20695
ELIZABETH LEE BECK
Florida Bar No. 20697
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Telephone:    (305) 234-2060
Facsimile:    (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

*Attorney for Plaintiff Ruth Pasarell*

By: Stephen P. Safranski

**LAWRENCE A. FARESE**
Florida Bar No. 252808
ROBINS, KAPLAN, MILLER & CIRESI LLP
711 Fifth Avenue South, Suite 201
Naples, Florida 34102-6628
Telephone: 239-430-7070
Facsimile: 239-213-1970

**STEPHEN P. SAFRANSKI**
Minnesota Bar No. 331326
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

*Attorneys for Defendant Cargill, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2014, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court using CM/ECF. I also certify that the foregoing document(s) are being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Jared H. Beck
Jared H. Beck

## SERVICE LIST
*Pasarell v. Cargill, Inc.*
**Case No. CASE NO. 13-CV-23433-WILLIAMS/TURNOFF**
**United States District Court, Southern District of Florida**

(Via ECF)

Lawrence A. Farese, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
711 Fifth Avenue South Suite 201
Naples, Florida 34102
lafarese@rkmc.com

***Attorneys for Defendant Cargill, Inc.***